# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berman, Richard M. | U.S. District Court - S.D.N.Y. | 08/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior Status | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Berman, Richard M.** | 08/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Apple Inc | A | Dividend | L | T | Buy<br>(add'l) | 06/22/20 | J | | |
| 2. | | | | | Buy<br>(add'l) | 06/22/20 | K | | |
| 3. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 4. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 5. | | | | | Buy<br>(add'l) | 09/02/20 | K | | |
| 6. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 7. Liberty Media Corp Liberty Cap Cl A | A | Dividend | K | T | | | | | |
| 8. LM CBA Equity Income Builder Fund CL A | A | Dividend | K | T | | | | | |
| 9. Morgan Stanley Money Market Fund | A | Interest | L | T | | | | | |
| 10. US Treasury Inflation Index NTS CPI Non Seasonally | A | Interest | M | T | | | | | |
| 11. SPDR S&P 500 ETF Trust | C | Dividend | N | T | Buy<br>(add'l) | 05/29/20 | K | | |
| 12. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 13. | | | | | Buy<br>(add'l) | 06/11/20 | K | | |
| 14. | | | | | Buy<br>(add'l) | 07/13/20 | K | | |
| 15. | | | | | Buy<br>(add'l) | 07/15/20 | K | | |
| 16. | | | | | Buy<br>(add'l) | 08/31/20 | L | | |
| 17. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 11/11/20 | K | | |
| 19. | | | | | Buy (add'l) | 11/16/20 | M | | |
| 20. | | | | | Buy (add'l) | 11/16/20 | K | | |
| 21. Liberty Media Corp Liberty Cap com Ser A | | None | K | T | | | | | |
| 22. SPDR Gold Trust | | None | J | T | | | | | |
| 23. Vanguard Total Stock Index | D | Distribution | M | T | | | | | |
| 24. Ishares Russell 2000 Index Fund | B | Dividend | M | T | Sold (part) | 04/27/20 | M | | |
| 25. UTS SPDR Trust Ser 1 | C | Dividend | L | T | | | | | |
| 26. TSASC Inc NY TOB Settlement Asset | C | Interest | L | T | | | | | |
| 27. New York ST Urban Dev Corp Rev Personal Income Tax | B | Interest | M | T | | | | | |
| 28. T-C Infl Lnkd Bond Rtmt | A | Distribution | K | T | | | | | |
| 29. T-C Lifecycle 2020 Rtmt | | None | K | T | | | | | |
| 30. T-C Lifecycle Rtmt Inc Rtmt | A | Distribution | K | T | | | | | |
| 31. Property Indian River County, FL | E | Rent | L | W | | | | | |
| 32. SPDR Gold Trust | | None | K | T | | | | | |
| 33. Ishares TR Dow Jones US | A | Dividend | J | T | | | | | |
| 34. Union Pacific corp | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Rydex ETR TR Index Fund | A | Dividend | J | T | | | | | |
| 36. | New York State Dorm Auth Pers Inc Tax Rev 2/15/2022 | B | Interest | L | T | | | | | |
| 37. | Spartan Total Market Index | A | Interest | K | T | | | | | |
| 38. | Spartan Small Cap Index | A | Interest | K | T | | | | | |
| 39. | Costco Wholesale Crp | A | Dividend | K | T | | | | | |
| 40. | Goldman Sachs Group Inc | A | Dividend | K | T | | | | | |
| 41. | Liberty Media Corporation.com | A | Dividend | | | Sold | 04/14/20 | J | | |
| 42. | Liberty Media Corp Ser A | A | Dividend | | | Sold (part) | 04/14/20 | J | | |
| 43. | | | | | | Sold | 04/27/20 | J | | |
| 44. | United States Treasury Bill | B | Interest | M | T | | | | | |
| 45. | Liberty Spinco Inc Cl A | A | Dividend | J | T | | | | | |
| 46. | Invisa Inc | A | Dividend | J | T | | | | | |
| 47. | Stratasys LTD | A | Dividend | J | T | | | | | |
| 48. | Vanguard S&P 500 ETF | A | Dividend | K | T | | | | | |
| 49. | Liberty NY Dev Corp 10/1/2037 | D | Interest | M | T | Sold (part) | 08/13/20 | M | | |
| 50. | Netflix | A | Dividend | K | T | Sold (part) | 04/27/20 | K | | |
| 51. | | | | | | Buy (add'l) | 06/01/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 55. | | | | | Sold<br>(part) | 12/18/20 | J | | |
| 56. Vanguard TTL Stk Mkt ETF | A | Dividend | K | T | | | | | |
| 57. US Treasury Bill 3/16/2017 | A | Interest | L | T | | | | | |
| 58. Amazon Com Inc | A | Dividend | K | T | Buy<br>(add'l) | 06/22/20 | K | | |
| 59. Dunkirk NY 3/15/2031 | A | Interest | M | T | | | | | |
| 60. United States Treasury Bill 7/5/18 | A | Interest | M | T | | | | | |
| 61. European Monetary Unit Savings Dep | A | Interest | J | T | | | | | |
| 62. Time Warner Inc | A | Dividend | J | T | | | | | |
| 63. US Treasury Bill Matures 10/11/18 | A | Interest | M | T | | | | | |
| 64. US Treasury Bill Matures 11/15/18 | A | Interest | L | T | | | | | |
| 65. US Treasury Bill Matures 3/28/19 | A | Interest | L | T | | | | | |
| 66. US Treasury Bill Matures 1/17/19 | A | Interest | M | T | | | | | |
| 67. US Treasury Bill Matures 4/11/19 | A | Interest | M | T | | | | | |
| 68. US Treasury Bill 7/5/18 | A | Interest | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Yonkers NY Serial Genl Oblig Ser A 9/1/24 | A | Interest | K | T | | | | | |
| 70. | Discovery Inc Ser A | A | Dividend | K | T | Sold (part) | 04/14/20 | J | | |
| 71. | | | | | | Buy | 06/01/20 | K | | |
| 72. | | | | | | Buy (add'l) | 07/13/20 | K | | |
| 73. | | | | | | Buy (add'l) | 12/24/20 | J | | |
| 74. | Vanguard SM Cap Value | A | Dividend | | | Sold | 04/27/20 | J | | |
| 75. | Vanguard SM Cap Growth | A | Dividend | | | Sold | 05/04/20 | J | | |
| 76. | Vanguard Energy | A | Dividend | | | Sold | 06/22/20 | J | | |
| 77. | MSILF Prime | C | Dividend | N | T | Sold (part) | 05/04/20 | N | | |
| 78. | Ishares S&P Sm Cap 600 V | A | Dividend | | | Sold (part) | 04/27/20 | J | | |
| 79. | | | | | | Sold | 06/17/20 | J | | |
| 80. | Ishares N Amer Nat Res | A | Dividend | | | Sold | 06/17/20 | J | | |
| 81. | Ishares Iboxx HY Cor Bd | A | Dividend | | | Sold | 06/17/20 | K | | |
| 82. | Ishares Ibonds Dec 2024 Term | A | Dividend | | | Sold | 11/16/20 | L | | |
| 83. | Ishares Ibonds Dec 2025 | A | Dividend | | | Sold | 11/16/20 | L | | |
| 84. | Ishares Ibonds Dec 2026 | A | Dividend | | | Sold | 11/16/20 | L | | |
| 85. | Ishares Ibonds Dec 2027 | A | Dividend | | | Sold | 11/16/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  SPDR BBG Barc High Yield | A | Dividend | | | Sold | 11/16/20 | L | | |
| 87.  US Treasury Bill 10/11/18 | A | Interest | M | T | | | | | |
| 88.  US Treasury Bill 1/17/19 | A | Interest | M | T | | | | | |
| 89.  US Treasury Bill 4/11/19 | A | Interest | M | T | | | | | |
| 90.  Utility Debt Secur Auth 12/15/25 | A | Interest | M | T | | | | | |
| 91.  Suffolk Cnty 10/15/22 | A | Interest | M | T | | | | | |
| 92.  NYS Dorm Auth School 10/1/25 | A | Interest | M | T | | | | | |
| 93.  Bridgehampton NY UFSD 3/15/24 | A | Interest | M | T | | | | | |
| 94.  Bay Shore NY UFSD 1/15/24 | A | Interest | L | T | | | | | |
| 95.  Suffolk Cnty NY Reg A 2/1/25 | A | Interest | M | T | | | | | |
| 96.  Sales Tax Asset 10/15/26 | A | Interest | M | T | | | | | |
| 97.  NYS Urban Develop 3/15/26 | A | Interest | M | T | | | | | |
| 98.  Nassau Cnty Genl Oblig Reg A 1/1/28 | A | Interest | L | T | | | | | |
| 99.  Battery Park Auth Rev A 11/1/28 | A | Interest | L | T | | | | | |
| 100.  Yonkers NY 9/1/24 | A | Interest | L | T | | | | | |
| 101.  Triborough Bridge Tunnel ref B 11/15/24 | A | Interest | L | T | | | | | |
| 102.  Rensselaer Cnty 8/1/27 | A | Interest | | | Sold | 12/24/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. US Treasury Bill 3/28/19 | A | Interest | | | Sold<br>(part) | 03/05/20 | L | | |
| 104. | | | | | Sold | 03/26/20 | M | | |
| 105. US Treasury Bill 12/26/19 | A | Interest | | | Buy<br>(add'l) | 05/05/20 | M | | |
| 106. | | | | | Buy<br>(add'l) | 05/05/20 | N | | |
| 107. | | | | | Sold<br>(part) | 05/20/20 | L | | |
| 108. | | | | | Sold<br>(part) | 05/28/20 | L | | |
| 109. | | | | | Sold<br>(part) | 06/11/20 | M | | |
| 110. | | | | | Sold | 06/25/20 | N | | |
| 111. AT&T Inc | A | Dividend | J | T | Buy<br>(add'l) | 06/26/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 113. AO Smith Corp | A | Dividend | | | Sold | 06/29/20 | J | | |
| 114. Moodys Corp | A | Dividend | | | Sold | 06/30/20 | J | | |
| 115. Oneok Corp | A | Dividend | | | Sold | 09/22/20 | J | | |
| 116. RBC Bearings | A | Dividend | | | Sold | 11/18/20 | J | | |
| 117. Splunk Inc | A | Dividend | | | Sold | 12/04/20 | J | | |
| 118. Visa Inc | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 08/19/20 | J | | |
| 121. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 122. | | | | | Sold<br>(part) | 11/24/20 | J | | |
| 123. WRGT B83SW TND | A | Dividend | | | Sold | 11/13/20 | J | | |
| 124. Xylem Inc | A | Dividend | | | Sold<br>(part) | 10/22/20 | J | | |
| 125. | | | | | Sold | 10/30/20 | J | | |
| 126. Schenectady CN BE 3125 42FB15 | A | Interest | L | T | | | | | |
| 127. Ishares Core MSCI EAFE | A | Dividend | | | Buy | 03/05/20 | M | | |
| 128. | | | | | Sold<br>(part) | 04/14/20 | L | | |
| 129. | | | | | Sold | 04/17/20 | L | | |
| 130. Ishares MSCI Emerging MKTS | A | Dividend | | | Buy | 03/05/20 | K | | |
| 131. | | | | | Sold | 04/17/20 | K | | |
| 132. Vanguard FTSE Emerging Markets | A | Dividend | | | Buy | 03/05/20 | K | | |
| 133. | | | | | Sold<br>(part) | 04/17/20 | K | | |
| 134. | | | | | Sold | 06/17/20 | J | | |
| 135. Ishares S&P Mid Cap 400 V | A | Dividend | | | Buy | 03/05/20 | K | | |
| 136. | | | | | Sold | 06/17/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Ishares S&P Mid Cap 400 G | A | Dividend | | | Buy | 03/05/20 | K | | |
| 138. | | | | | Sold | 06/17/20 | K | | |
| 139.  Ishares S&P 500 Val ETF | A | Dividend | | | Buy | 03/05/20 | J | | |
| 140. | | | | | Sold | 04/27/20 | K | | |
| 141.  Ishares Select Dividend | A | Dividend | | | Buy | 03/05/20 | L | | |
| 142. | | | | | Sold<br>(part) | 04/27/20 | K | | |
| 143. | | | | | Sold | 06/22/20 | L | | |
| 144.  SPDR S&P Metals and Mining | A | Dividend | | | Buy | 03/05/20 | J | | |
| 145. | | | | | Sold | 06/17/20 | J | | |
| 146.  Vaneck Vectors Agribusiness | A | Dividend | | | Buy | 03/05/20 | J | | |
| 147. | | | | | Sold | 06/17/20 | J | | |
| 148.  Vaneck Vectors ETF Steel | A | Dividend | | | Buy | 03/05/20 | J | | |
| 149. | | | | | Sold | 06/17/20 | J | | |
| 150.  Vanguard Dividend Appreciation | A | Dividend | | | Buy | 03/05/20 | K | | |
| 151. | | | | | Sold | 05/04/20 | L | | |
| 152.  Vanguard Mid Cap Value ETF | A | Dividend | | | Buy | 03/05/20 | J | | |
| 153. | | | | | Sold | 05/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  New York NYC BE 4000 40JN15 | C | Interest | | | Buy | 08/13/20 | M | | |
| 155. | | | | | Sold | 12/17/20 | M | | |
| 156.  Us Treasury Bill Mature 7/9/20 Issued 1/9/20 | B | Interest | M | T | Buy | 04/06/20 | M | | |
| 157. | | | | | Buy (add'l) | 05/05/20 | M | | |
| 158.  US Treasury Bill Matures 4/9/20 Issued 10/10/19 | A | Interest | | | Buy | 01/06/20 | M | | |
| 159. | | | | | Sold | 04/09/20 | M | | |
| 160.  US Treasury Bill Matures 10/8/20 Issued 10/10/19 | C | Interest | | | Buy | 07/06/20 | N | | |
| 161. | | | | | Sold (part) | 07/16/20 | M | | |
| 162. | | | | | Sold | 10/08/20 | M | | |
| 163.  US Treasury Bill Matures 7/9/20 Issued 1/9/20 | B | Interest | | | Buy | 01/09/20 | N | | |
| 164. | | | | | Sold | 07/09/20 | N | | |
| 165.  Microsoft Corp | A | Dividend | K | T | Buy | 06/22/20 | K | | |
| 166. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 167. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 168. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 169. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 170. | | | | | Sold (part) | 08/04/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 172. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 173. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 174. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 175. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 176. | | | | | Sold (part) | 11/30/20 | J | | |
| 177. Berkshire Hathaway | A | Dividend | K | T | Buy | 07/13/20 | K | | |
| 178. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 179. Seagate Technology | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 180. | | | | | Sold (part) | 12/30/20 | J | | |
| 181. Xilinx Inc | A | Dividend | | | Buy | 06/26/20 | J | | |
| 182. | | | | | Buy | 08/07/20 | J | | |
| 183. | | | | | Sold (part) | 10/09/20 | J | | |
| 184. | | | | | Sold (part) | 10/22/20 | J | | |
| 185. | | | | | Sold | 11/09/20 | J | | |
| 186. AMC Networks Inc | A | Dividend | | | Buy | 10/22/20 | J | | |
| 187. | | | | | Sold | 12/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Metropolitan Trans Auth Issued 12/14/17 Matures 11/15/25 | A | Interest | M | T | Buy | 05/20/20 | M | | |
| 189. Metropolitan Trans Auth Issued 8/20/12 Matures 11/15/2030 | A | Interest | M | T | Buy | 05/28/20 | M | | |
| 190. Lululemon Athetica Inc | A | Dividend | J | T | Buy | 06/01/20 | J | | |
| 191. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 192. | | | | | Sold (part) | 09/04/20 | J | | |
| 193. Build NYC Resource Corp Matures 8/1/2032 Issued 6/14/17 | B | Interest | M | T | Buy | 06/11/20 | M | | |
| 194. NYC Transitional Fin Auth Matures 11/1/2037 Issued 4/12/19 | B | Interest | M | T | Buy | 12/17/20 | M | | |
| 195. Zoom Video Communications | A | Dividend | J | T | Buy | 06/01/20 | J | | |
| 196. Vanguard Mid Cap Growth | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 197. Vanguard Growth | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 198. Vanguard Prime MMKT | A | Dividend | M | T | Sold (part) | 06/24/20 | M | | |
| 199. Unitedhealth GP | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 200. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 201. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 202. JP Morgan Chase & Co | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 203. | | | | | Buy (add'l) | 10/13/20 | J | | |
| 204. Bank of America Corp | A | Dividend | J | T | Buy | 07/29/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 206. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 207. Johnson & Johnson | A | Dividend | J | T | Buy | 07/30/20 | J | | |
| 208. | | | | | Buy (add'l) | 10/13/20 | J | | |
| 209. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 210. General Motors | A | Dividend | J | T | Buy | 07/30/20 | J | | |
| 211. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 212. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 213. Citigroup Inc | A | Dividend | J | T | Buy | 07/30/20 | J | | |
| 214. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 215. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 216. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 217. Brandes International EQ | A | Dividend | K | T | Buy | 07/30/20 | J | | |
| 218. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 219. Dupont De Nemours | A | Dividend | J | T | Buy | 08/07/20 | J | | |
| 220. Facebook Inc | A | Dividend | K | T | Buy | 06/26/20 | J | | |
| 221. | | | | | Buy (add'l) | 08/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 08/11/20 | J | | |
| 223. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 224. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 225.  Chevron Corp | A | Dividend | K | T | Buy | 08/07/20 | J | | |
| 226. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 227. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 228. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 229. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 230.  TJX COS Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 231. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 232. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 233. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 234. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 235. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 236. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 237. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 238. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 240. Amgen Inc | A | Dividend | J | T | Buy | 10/06/20 | J | | |
| 241. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 242. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 243. Wells Fargo & Co | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 244. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 245. Virtus Kar Sm Md Cap Core | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 246. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 247. Qualcomm Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 248. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 249. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 250. | | | | | Sold<br>(part) | 09/14/20 | J | | |
| 251. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 252. | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 253. | | | | | Buy<br>(add'l) | 11/16/20 | J | | |
| 254. Home Depot Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 255. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 257. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 258. | | | | | Sold<br>(part) | 12/09/20 | J | | |
| 259. Carnival CP New Paired Com | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 260. Broadcom Inc | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 261. Blackstone Group | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 262. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 263. EOG Resources Inc | A | Dividend | J | T | Buy | 12/30/20 | J | | |
| 264. Legg Mason Clearbridge Sel I | A | Dividend | K | T | Buy | 10/06/20 | K | | |
| 265. Walt Disney Co Hldg | A | Dividend | J | T | Buy | 10/06/20 | J | | |
| 266. Allegion Pub LTD | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 267. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 268. | | | | | Sold<br>(part) | 09/17/20 | J | | |
| 269. | | | | | Sold<br>(part) | 10/01/20 | J | | |
| 270. | | | | | Sold<br>(part) | 10/02/20 | J | | |
| 271. | | | | | Sold<br>(part) | 11/06/20 | J | | |
| 272. | | | | | Sold<br>(part) | 12/04/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  Black Knight Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 274. | | | | | Sold<br>(part) | 10/20/20 | J | | |
| 275. | | | | | Sold<br>(part) | 12/08/20 | J | | |
| 276.  Blackline Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 277. | | | | | Sold<br>(part) | 06/30/20 | J | | |
| 278.  Brooks-Automation Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 279. | | | | | Sold<br>(part) | 11/06/20 | J | | |
| 280.  CBRE Group Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 281. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 282. | | | | | Sold<br>(part) | 11/10/20 | J | | |
| 283. | | | | | Sold<br>(part) | 11/11/20 | J | | |
| 284. | | | | | Sold<br>(part) | 12/08/20 | J | | |
| 285.  Envestnet Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 286. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 287. | | | | | Sold<br>(part) | 12/08/20 | J | | |
| 288.  Fastenal Co | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 289. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Sold<br>(part) | 11/06/20 | J | | |
| 291. Mastercard Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 292. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 293. | | | | | Sold<br>(part) | 08/19/20 | J | | |
| 294. | | | | | Sold<br>(part) | 09/04/20 | J | | |
| 295. | | | | | Sold<br>(part) | 09/11/20 | J | | |
| 296. | | | | | Sold<br>(part) | 09/14/20 | J | | |
| 297. | | | | | Sold<br>(part) | 09/22/20 | J | | |
| 298. | | | | | Sold<br>(part) | 10/29/20 | J | | |
| 299. | | | | | Sold<br>(part) | 11/02/20 | J | | |
| 300. | | | | | Sold<br>(part) | 12/18/20 | J | | |
| 301. Pros Hldg Inc | A | Dividend | | | Buy | 06/29/20 | J | | |
| 302. | | | | | Buy<br>(add'l) | 09/18/20 | J | | |
| 303. | | | | | Sold<br>(part) | 11/24/20 | J | | |
| 304. | | | | | Sold<br>(part) | 12/02/20 | J | | |
| 305. | | | | | Sold<br>(part) | 12/08/20 | J | | |
| 306. | | | | | Sold<br>(part) | 12/16/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 12/23/20 | J | | |
| 308. Tractor Supply Co | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 309. | | | | | Sold (part) | 10/12/20 | J | | |
| 310. Tyler Technologies Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 311. | | | | | Sold (part) | 10/22/20 | J | | |
| 312. Ulta Beauty Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 313. | | | | | Sold (part) | 08/28/20 | J | | |
| 314. | | | | | Sold (part) | 11/09/20 | J | | |
| 315. | | | | | Sold (part) | 11/24/20 | J | | |
| 316. | | | | | Sold (part) | 12/22/20 | J | | |
| 317. Verisk Analytics Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 318. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 319. | | | | | Sold (part) | 12/03/20 | J | | |
| 320. | | | | | Sold (part) | 12/16/20 | J | | |
| 321. Walgreens Boots Alliance Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 322. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 323. | | | | | Buy (add'l) | 07/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Sold<br>(part) | 09/02/20 | J | | |
| 325.  Waste Connections Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 326. | | | | | Sold<br>(part) | 12/29/20 | J | | |
| 327.  Abbott Laboratories | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 328. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 329. | | | | | Buy<br>(add'l) | 10/12/20 | J | | |
| 330.  Accenture PLC Ireland | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 331. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 332.  Air Prod & Chem | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 333.  Alphabet Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 334. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 335. | | | | | Sold<br>(part) | 08/26/20 | J | | |
| 336.  American Tower Reit | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 337. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 338. | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 339. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 340. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  Amphenol Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 342. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 343. | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 344. | | | | | Sold<br>(part) | 09/11/20 | J | | |
| 345. | | | | | Sold<br>(part) | 09/30/20 | J | | |
| 346. | | | | | Sold<br>(part) | 11/09/20 | J | | |
| 347. | | | | | Sold<br>(part) | 11/20/20 | J | | |
| 348. | | | | | Sold<br>(part) | 12/01/20 | J | | |
| 349. | | | | | Sold<br>(part) | 12/07/20 | J | | |
| 350. | | | | | Sold<br>(part) | 12/18/20 | J | | |
| 351.  Ansys Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 352. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 353. | | | | | Sold<br>(part) | 08/07/20 | J | | |
| 354. | | | | | Sold<br>(part) | 08/24/20 | J | | |
| 355.  Aptargroup Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 356. | | | | | Sold<br>(part) | 07/21/20 | J | | |
| 357. | | | | | Sold<br>(part) | 08/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Aptiv PLC | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 359. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 360. Arthur Gallagher | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 361. Assurant Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 362. Atlassian Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 363. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 364. | | | | | Sold (part) | 11/06/20 | J | | |
| 365. | | | | | Sold (part) | 11/16/20 | J | | |
| 366. Automatic Data Processing Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 367. Becton Dickinson & Co | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 368. Bio-Techne Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 369. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 370. Bright Horizons Family Solutions | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 371. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 372. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 373. Broadridge Fin Solu LLC | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 374. Brooks Automation Inc | A | Dividend | J | T | Buy | 06/29/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  Cable One Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 376. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 377.  Carmax Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 378. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 379. | | | | | Buy<br>(add'l) | 10/16/20 | J | | |
| 380.  Caseys General Stores Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 381. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 382.  CDW Corporation | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 383. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 384. | | | | | Buy<br>(add'l) | 10/29/20 | J | | |
| 385. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 386. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 387.  Charles Schwab | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 388. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 389. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 390. | | | | | Buy<br>(add'l) | 07/20/20 | J | | |
| 391. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Sold (part) | 08/07/20 | J | | |
| 393. | | | | | Sold (part) | 09/16/20 | J | | |
| 394. | | | | | Sold (part) | 10/30/20 | J | | |
| 395. | | | | | Sold (part) | 11/06/20 | J | | |
| 396. | | | | | Sold (part) | 11/10/20 | J | | |
| 397. | | | | | Sold (part) | 12/07/20 | J | | |
| 398. Coca Cola Co | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 399. Commerce Bancshares | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 400. Costar Group Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 401. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 402. Costco Wholesale | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 403. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 404. Coupa Software Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 405. Crowdstrike Hldgs Inc | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 406. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 407. Dollar Gen Corp | A | Dividend | J | T | Buy | 09/02/20 | J | | |
| 408. Ecolab Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. Fidelity Natl Information | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 410. Gilead Science | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 411. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 412. Glacier Bancorp Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 413. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 414. Guidewire Software Inc | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 415. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 416. Heico Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 417. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 418. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 419. Idexx Labs | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 420. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 421. Ill Tool Works Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 422. Illumina Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 423. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 424. | | | | | Sold (part) | 09/17/20 | J | | |
| 425. | | | | | Sold (part) | 11/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. Intl Business Machines Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 427. Intl Flavors & Fragrances | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 428. Intuit Inc | A | Dividend | J | T | Buy | 09/22/20 | J | | |
| 429. Intuitive Surgical Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 430. Iqvia Holdings Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 431. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 432. Jack Henry & Assoc Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 433. Johnson & Johnson | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 434. Kimberly Clark Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 435. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 436. Markel Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 437. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 438. Masimo Corporation | A | Dividend | J | T | Buy | 12/04/20 | J | | |
| 439. Mc Cormick and Co | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 440. McDonalds Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 441. Merck & Co Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 442. Nexterra Energy Inc | A | Dividend | J | T | Buy | 07/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. Nike Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 444. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 445. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 446. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 447. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 448. Okta Inc | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 449. Old Dominion Freight Line | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 450. Qualsys Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 451. Realty Income Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 452. Republic Services Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 453. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 454. Roper Technologies Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 455. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 456. SBA Communications Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 457. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 458. | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 459. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460.  Sherwin Williams Company | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 461.  Snap On Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 462.  Stericycle Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 463. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 464.  Steris PLC | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 465.  Stryker Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 466. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 467.  Teleflex Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 468. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 469. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 470. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 471. | | | | | Buy<br>(add'l) | 08/25/20 | J | | |
| 472. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 473.  Transdigm Group Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 474. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 475. | | | | | Sold<br>(part) | 08/07/20 | J | | |
| 476.  Twilio Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 478. Tyler Technologies Inc | A | Dividend | J | T | Buy | 07/09/20 | J | | |
| 479. Union Pacific Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 480. Veeva Sys Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 481. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 482. V F Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 483. Verizon Communications | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 484. Vulcan Materials Co | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 485. Watsco Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 486. WEC Energy Group Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 487. Xcel Energy Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 488. Zoetis Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 489. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 490. 3M Company | A | Dividend | | | Buy | 06/26/20 | J | | |
| 491. | | | | | Sold | 07/17/20 | J | | |
| 492. ABB Ltd | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 493. | | | | | Sold<br>(part) | 06/29/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 07/01/20 | J | | |
| 495. Adyen N V | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 496. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 497. | | | | | Sold (part) | 08/04/20 | J | | |
| 498. | | | | | Sold (part) | 12/21/20 | J | | |
| 499. American Water Works Co | A | Dividend | | | Buy | 06/26/20 | J | | |
| 500. | | | | | Sold | 08/04/20 | J | | |
| 501. Advanced Micro Devices | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 502. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 503. | | | | | Buy (add'l) | 09/14/20 | J | | |
| 504. | | | | | Sold (part) | 11/11/20 | J | | |
| 505. | | | | | Sold (part) | 11/16/20 | J | | |
| 506. Alibaba Group Hldg | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 507. | | | | | Sold (part) | 08/07/20 | J | | |
| 508. | | | | | Sold (part) | 08/12/20 | J | | |
| 509. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 510. | | | | | Sold (part) | 12/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.  Alnylam Pharmaceuticals Inc | A | Dividend | | | Buy | 06/26/20 | J | | |
| 512. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 513. | | | | | Sold | 11/13/20 | J | | |
| 514.  Amgen inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 515. | | | | | Sold<br>(part) | 10/22/20 | J | | |
| 516.  Arista Networks Inc | A | Dividend | | | Buy | 06/26/20 | J | | |
| 517. | | | | | Sold | 08/07/20 | J | | |
| 518.  Astrazeneca PLC | A | Dividend | | | Buy | 06/26/20 | J | | |
| 519. | | | | | Sold<br>(part) | 07/10/20 | J | | |
| 520. | | | | | Sold<br>(part) | 10/01/20 | J | | |
| 521. | | | | | Sold<br>(part) | 10/02/20 | J | | |
| 522. | | | | | Sold<br>(part) | 11/16/20 | J | | |
| 523. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 524. | | | | | Sold<br>(part) | 11/27/20 | J | | |
| 525. | | | | | Sold | 11/30/20 | J | | |
| 526.  Ball Corporation | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 527. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 12/03/20 | J | | |
| 529. | | | | | Sold (part) | 12/04/20 | J | | |
| 530. Biomarin Pharmac | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 531. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 532. | | | | | Sold (part) | 08/20/20 | J | | |
| 533. | | | | | Sold (part) | 10/28/20 | J | | |
| 534. Boeing Inc | A | Dividend | | | Buy | 06/26/20 | J | | |
| 535. | | | | | Sold | 07/14/20 | J | | |
| 536. Bok Financial Corp | A | Dividend | | | Buy | 06/26/20 | J | | |
| 537. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 538. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 539. | | | | | Sold (part) | 08/14/20 | J | | |
| 540. | | | | | Sold (part) | 08/17/20 | J | | |
| 541. | | | | | Sold (part) | 08/19/20 | J | | |
| 542. | | | | | Sold (part) | 08/21/20 | J | | |
| 543. | | | | | Sold | 08/24/20 | J | | |
| 544. Booz Allen Hamilton Hlldg | A | Dividend | | | Buy | 06/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 546. | | | | | Sold | 09/14/20 | J | | |
| 547.  Boston Properties Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 548. | | | | | Buy (add'l) | 10/13/20 | J | | |
| 549. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 550. | | | | | Sold (part) | 11/20/20 | J | | |
| 551. | | | | | Sold (part) | 12/07/20 | J | | |
| 552.  Boston Scientific Corp | A | Dividend | | | Buy | 06/26/20 | J | | |
| 553. | | | | | Sold | 06/29/20 | J | | |
| 554.  Calavo Growers Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 555. | | | | | Sold (part) | 10/06/20 | J | | |
| 556. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 557.  Charles Schwab Corp 5.95% | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 558. | | | | | Sold (part) | 08/28/20 | J | | |
| 559. | | | | | Buy (add'l) | 07/17/20 | J | | |
| 560.  Check Point Software Tech | A | Dividend | | | Buy | 06/26/20 | J | | |
| 561. | | | | | Sold (part) | 08/04/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold | 09/11/20 | J | | |
| 563. Chewy Inc | A | Dividend | J | T | Buy | 09/11/20 | J | | |
| 564. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 565. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 566. | | | | | Sold (part) | 12/30/20 | J | | |
| 567. Chubb LTD | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 568. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 569. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 570. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 571. | | | | | Sold (part) | 07/21/20 | J | | |
| 572. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 573. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 574. | | | | | Sold (part) | 10/29/20 | J | | |
| 575. | | | | | Sold (part) | 10/30/20 | J | | |
| 576. | | | | | Sold (part) | 11/06/20 | J | | |
| 577. Danaher Corporation | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 578. | | | | | Sold (part) | 08/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 579. | | | | | Sold (part) | 11/16/20 | J | | |
| 580. | | | | | Sold (part) | 12/23/20 | J | | |
| 581.  Sirona | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 582. | | | | | Sold (part) | 06/30/20 | J | | |
| 583. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 584. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 585. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 586. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 587. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 588. | | | | | Sold (part) | 08/31/20 | J | | |
| 589. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 590. | | | | | Sold (part) | 12/01/20 | J | | |
| 591.  Dexcom Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 592. | | | | | Sold (part) | 12/24/20 | J | | |
| 593.  Diageo PLC Spon | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 594. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 595. | | | | | Buy (add'l) | 08/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 597. | | | | | Sold<br>(part) | 11/06/20 | J | | |
| 598. | | | | | Sold<br>(part) | 11/10/20 | J | | |
| 599. | | | | | Sold<br>(part) | 12/10/20 | J | | |
| 600. Eli Lilly & Co | A | Dividend | | | Buy | 06/26/20 | J | | |
| 601. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 602. | | | | | Sold<br>(part) | 08/26/20 | J | | |
| 603. | | | | | Sold | 10/02/20 | J | | |
| 604. Epiroc Aktiebolag ADR | A | Dividend | | | Buy | 06/26/20 | J | | |
| 605. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 606. | | | | | Sold<br>(part) | 07/01/20 | J | | |
| 607. | | | | | Sold | 08/05/20 | J | | |
| 608. Essential Utils Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 609. | | | | | Sold<br>(part) | 08/31/20 | J | | |
| 610. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 611. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 612. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 613. | | | | | Buy<br>(add'l) | 11/06/20 | J | | |
| 614. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 615. Essemtial Utils Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 616. | | | | | Sold<br>(part) | 08/27/20 | J | | |
| 617. Everest Re Group LTD | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 618. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 619. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 620. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 621. | | | | | Buy<br>(add'l) | 11/06/20 | J | | |
| 622. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 623. Exact Sciences Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 624. | | | | | Sold<br>(part) | 09/17/20 | J | | |
| 625. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 626. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 627. Fleetcor Technologies | A | Dividend | | | Buy | 06/26/20 | J | | |
| 628. | | | | | Sold | 10/26/20 | J | | |
| 629. Globus Medical Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 631. | | | | | Sold (part) | 08/06/20 | J | | |
| 632. | | | | | Sold (part) | 09/10/20 | J | | |
| 633. | | | | | Sold (part) | 12/01/20 | J | | |
| 634. | | | | | Sold (part) | 12/07/20 | J | | |
| 635. | | | | | Sold (part) | 12/29/20 | J | | |
| 636.  Goldman Sachs Corp | A | Dividend | | | Buy | 06/26/20 | J | | |
| 637. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 638. | | | | | Sold (part) | 09/17/20 | J | | |
| 639. | | | | | Sold (part) | 10/15/20 | J | | |
| 640. | | | | | Sold | 10/29/20 | J | | |
| 641.  Graco Inc | A | Dividend | | | Buy | 06/26/20 | J | | |
| 642. | | | | | Sold (part) | 10/22/20 | J | | |
| 643. | | | | | Sold | 12/14/20 | J | | |
| 644.  Grubhub Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 645. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 646. | | | | | Sold (part) | 09/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647.  Henkel AG & Co KGAA | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 648. | | | | | Sold<br>(part) | 09/30/20 | J | | |
| 649. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 650. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 651.  Honeywell International Inc | A | Dividend | | | Buy | 06/26/20 | J | | |
| 652. | | | | | Sold | 06/29/20 | J | | |
| 653.  Humana Inc | A | Dividend | | | Buy | 06/26/20 | J | | |
| 654. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 655. | | | | | Sold | 12/01/20 | J | | |
| 656.  Las Vegas Sands Corporation | A | Dividend | | | Buy | 06/26/20 | J | | |
| 657. | | | | | Sold | 08/07/20 | J | | |
| 658.  Lyft Inc | A | Dividend | | | Buy | 06/26/20 | J | | |
| 659. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 660. | | | | | Sold | 10/26/20 | J | | |
| 661.  Kering S A ADR | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 662. | | | | | Sold<br>(part) | 12/09/20 | J | | |
| 663. | | | | | Sold<br>(part) | 12/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 664.  Lindsay MFG Co | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 665. | | | | | Sold<br>(part) | 08/18/20 | J | | |
| 666. | | | | | Sold<br>(part) | 11/13/20 | J | | |
| 667. | | | | | Sold<br>(part) | 12/10/20 | J | | |
| 668. | | | | | Sold<br>(part) | 12/18/20 | J | | |
| 669.  Merit Med Syst | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 670. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 671. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 672. | | | | | Sold<br>(part) | 07/17/20 | J | | |
| 673. | | | | | Sold<br>(part) | 08/31/20 | J | | |
| 674. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 675. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 676. | | | | | Sold<br>(part) | 11/05/20 | J | | |
| 677. | | | | | Sold<br>(part) | 12/07/20 | J | | |
| 678. | | | | | Sold<br>(part) | 12/10/20 | J | | |
| 679.  Motorola Solutions Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 680. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 682. | | | | | Sold (part) | 11/30/20 | J | | |
| 683. | | | | | Sold (part) | 12/01/20 | J | | |
| 684. Mueller Water Prod Inc Ser A | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 685. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 686. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 687. | | | | | Sold (part) | 08/06/20 | J | | |
| 688. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 689. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 690. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 691. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 692. Northern Trust Co | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 693. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 694. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 695. | | | | | Buy (add'l) | 07/22/20 | J | | |
| 696. | | | | | Buy (add'l) | 11/06/20 | J | | |
| 697. | | | | | Sold (part) | 12/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 698.  Nvidia Corporation | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 699. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 700. | | | | | Sold (part) | 11/16/20 | J | | |
| 701. | | | | | Sold (part) | 12/16/20 | J | | |
| 702.  On Semiconductor Corp | A | Dividend | | | Buy | 06/26/20 | J | | |
| 703. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 704. | | | | | Sold (part) | 10/21/20 | J | | |
| 705. | | | | | Sold | 12/10/20 | J | | |
| 706.  Oshkosh Corp | A | Dividend | | | Buy | 06/26/20 | J | | |
| 707. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 708. | | | | | Sold (part) | 11/03/20 | J | | |
| 709. | | | | | Sold (part) | 11/04/20 | J | | |
| 710. | | | | | Sold (part) | 11/05/20 | J | | |
| 711. | | | | | Sold (part) | 11/06/20 | J | | |
| 712. | | | | | Sold (part) | 11/09/20 | J | | |
| 713. | | | | | Sold (part) | 11/10/20 | J | | |
| 714. | | | | | Sold (part) | 11/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold (part) | 11/12/20 | J | | |
| 716. | | | | | Sold (part) | 11/13/20 | J | | |
| 717. | | | | | Sold (part) | 11/16/20 | J | | |
| 718. | | | | | Sold | 11/17/20 | J | | |
| 719. Paypal Hldgs Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 720. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 721. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 722. | | | | | Sold (part) | 08/04/20 | J | | |
| 723. | | | | | Sold (part) | 08/10/20 | J | | |
| 724. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 725. | | | | | Sold (part) | 12/18/20 | J | | |
| 726. Pernod Ricard SA Unspon | A | Dividend | | | Buy | 06/26/20 | J | | |
| 727. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 728. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 729. | | | | | Sold (part) | 08/27/20 | J | | |
| 730. | | | | | Sold (part) | 09/10/20 | J | | |
| 731. | | | | | Sold (part) | 12/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 732. | | | | | Sold | 12/11/20 | J | | |
| 733. Phillips 66 Com | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 734. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 735. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 736. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 737. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 738. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 739. | | | | | Sold (part) | 10/19/20 | J | | |
| 740. Reinsurance Group of America | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 741. | | | | | Sold (part) | 06/29/20 | J | | |
| 742. Ringcentral Inc | A | Dividend | | | Buy | 06/26/20 | J | | |
| 743. | | | | | Sold | 11/16/20 | J | | |
| 744. Rockwell Automation Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 745. | | | | | Sold (part) | 10/22/20 | J | | |
| 746. Ross Stores Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 747. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 748. | | | | | Buy (add'l) | 07/08/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 749. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 750.  Salesforce.com Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 751. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 752. | | | | | Sold<br>(part) | 08/26/20 | J | | |
| 753. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 754.  Sarepta Therapeutics Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 755. | | | | | Buy<br>(add'l) | 08/27/20 | J | | |
| 756. | | | | | Sold<br>(part) | 11/06/20 | J | | |
| 757.  Schneider Elec SA Unsp | A | Dividend | | | Buy | 06/26/20 | J | | |
| 758. | | | | | Sold<br>(part) | 06/29/20 | J | | |
| 759. | | | | | Sold<br>(part) | 07/22/20 | J | | |
| 760. | | | | | Sold | 10/06/20 | J | | |
| 761.  Servicenow Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 762. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 763. | | | | | Sold<br>(part) | 12/24/20 | J | | |
| 764.  Snowflake Inc | A | Dividend | J | T | Buy | 11/06/20 | J | | |
| 765. | | | | | Sold<br>(part) | 11/11/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 766. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 767.  Starbucks Corp | A | Dividend | | | Buy | 06/26/20 | J | | |
| 768. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 769. | | | | | Sold<br>(part) | 08/07/20 | J | | |
| 770. | | | | | Sold<br>(part) | 09/16/20 | J | | |
| 771. | | | | | Sold | 09/17/20 | J | | |
| 772.  Tencent Hldgs LTD | A | Dividend | | | Buy | 06/26/20 | J | | |
| 773. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 774. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 775. | | | | | Sold<br>(part) | 08/07/20 | J | | |
| 776. | | | | | Buy<br>(add'l) | 10/29/20 | J | | |
| 777. | | | | | Sold<br>(part) | 12/24/20 | J | | |
| 778. | | | | | Sold | 12/28/20 | J | | |
| 779.  Tesla Inc | A | Dividend | | | Buy | 06/26/20 | J | | |
| 780. | | | | | Sold<br>(part) | 07/14/20 | J | | |
| 781. | | | | | Sold<br>(part) | 11/06/20 | J | | |
| 782. | | | | | Sold<br>(part) | 11/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold (part) | 11/13/20 | J | | |
| 784. | | | | | Sold (part) | 11/16/20 | J | | |
| 785. | | | | | Sold (part) | 11/30/20 | J | | |
| 786. | | | | | Sold (part) | 12/08/20 | J | | |
| 787. | | | | | Sold (part) | 12/15/20 | J | | |
| 788. | | | | | Sold (part) | 12/18/20 | J | | |
| 789. | | | | | Sold | 12/30/20 | J | | |
| 790. Thermo Fisher Scientific | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 791. | | | | | Sold (part) | 11/11/20 | J | | |
| 792. Travelers Companies Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 793. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 794. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 795. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 796. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 797. | | | | | Sold (part) | 07/16/20 | J | | |
| 798. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 799. | | | | | Sold (part) | 10/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 800. | | | | | Sold<br>(part) | 10/21/20 | J | | |
| 801. | | | | | Sold<br>(part) | 11/16/20 | J | | |
| 802. Twitter Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 803. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 804. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 805. | | | | | Sold<br>(part) | 07/08/20 | J | | |
| 806. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 807. Uber Technologies Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 808. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 809. | | | | | Sold<br>(part) | 08/20/20 | J | | |
| 810. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 811. Vertex Pharmaceuticals | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 812. | | | | | Sold<br>(part) | 09/15/20 | J | | |
| 813. Werner Enterprises Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 814. | | | | | Sold<br>(part) | 07/13/20 | J | | |
| 815. | | | | | Sold<br>(part) | 09/01/20 | J | | |
| 816. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 818. Wright Medical Group | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 819. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 820. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 821. | | | | | Sold (part) | 11/03/20 | J | | |
| 822. Abiomed Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 823. Adobe Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 824. Air Prod & Chem Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 825. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 826. Alcon Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 827. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 828. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 829. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 830. Align Technology | A | Dividend | J | T | Buy | 11/06/20 | J | | |
| 831. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 832. Allegion Pub LTD Co | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 833. Alphabet Inc CL C | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. Amazon Com Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 835. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 836. American Tower REIT COM | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 837. Ameriprise Fincl Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 838. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 839. Amtek Inc New | A | Dividend | J | T | Buy | 07/01/20 | J | | |
| 840. Amphenol corp New CL A | A | Dividend | J | T | Buy | 11/13/20 | J | | |
| 841. Apple Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 842. Aramark Holdings Corporation | A | Dividend | J | T | Buy | 06/20/20 | J | | |
| 843. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 844. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 845. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 846. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 847. ASML Holding NV NY Reg New | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 848. Autodesk Inc Delaware | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 849. Avalonbay Comm Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 850. | | | | | Buy (add'l) | 12/18/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  Avista Corp | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 852. | | | | | Buy (add'l) | 11/06/20 | J | | |
| 853. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 854.  Baxter Intl Inc | A | Dividend | J | T | Buy | 08/04/20 | J | | |
| 855. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 856. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 857. | | | | | Buy (add'l) | 12/10/20 | J | | |
| 858.  Becton Dickinson & Co Dep REPSTG PFD B | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 859. | | | | | Sold (part) | 07/08/20 | J | | |
| 860. | | | | | Buy (add'l) | 08/21/20 | J | | |
| 861. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 862. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 863.  Beiersdorf AG Unspons ADR | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 864. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 865. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 866. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 867. | | | | | Buy (add'l) | 07/06/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 868. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 869. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 870. | | | | | Buy<br>(add'l) | 07/13/20 | J | | |
| 871. | | | | | Buy<br>(add'l) | 10/28/20 | J | | |
| 872. | | | | | Buy<br>(add'l) | 11/06/20 | J | | |
| 873. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 874. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 875. Berkley W R Corp | A | Dividend | J | T | Buy | 09/01/20 | J | | |
| 876. Biogen Inc Com | A | Dividend | J | T | Buy | 07/07/20 | J | | |
| 877. Biomarin Pharmac SE | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 878. Blackstone Group Inc CL A | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 879. Booking Holdings Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 880. Cabot Oil & Gas Corp A | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 881. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 882. Cal Maine Foods Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 883. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 884. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 885. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 886. | | | | | Buy<br>(add'l) | 08/25/20 | J | | |
| 887. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 888. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 889. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 890. Calif Water Svc GP Del | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 891. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 892. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 893. | | | | | Buy<br>(add'l) | 09/28/20 | J | | |
| 894. Capital One Financial Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 895. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 896. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 897. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 898. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 899. Carvana Co CL A | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 900. | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 901. | | | | | Buy<br>(add'l) | 10/14/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 902. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 903. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 904. CBRE Group Inc CL A | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 905. CDW Corporation | A | Dividend | J | T | Buy | 08/04/20 | J | | |
| 906. | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 907. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |
| 908. Charles Schwab New | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 909. Chipotle Mexican Grill Inc Com | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 910. Cincinnati Financial Ohio | A | Dividend | J | T | Buy | 07/02/20 | J | | |
| 911. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 912. Coca Cola Co | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 913. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 914. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 915. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 916. Cognizant Tech Solutions CL A | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 917. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 918. Commerce Bancshares | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 919. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 920. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 921.  Cooper Co Inc New | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 922. | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 923.  Corteva Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 924. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 925.  Costco Wholesale Corp New | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 926. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 927.  Costar Group Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 928.  Coupa Software Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 929.  Crowdstrike Hldgs Inc CL A | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 930. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 931.  Cullen Frost Bankers inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 932. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 933. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 934. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 935. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 936.  Deer & Co | A | Dividend | J | T | Buy | 12/16/20 | J | | |
| 937.  East West Bancorp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 938. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 939. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 940. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 941.  Elanco Animal Health Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 942. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 943. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 944.  Enphase Energy | A | Dividend | J | T | Buy | 10/28/20 | J | | |
| 945.  Equinix Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 946.  Equity Comwlth Com SH Ben Int | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 947. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 948. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 949. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 950. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 951. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 952. | | | | | Buy<br>(add'l) | 09/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 954. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 955. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 956. Equity Lifestyle Properties | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 957. Estee Lauder Co Inc CL A | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 958. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 959. Facebook Inc CL A | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 960. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 961. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 962. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 963. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 964. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 965. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 966. Farfetch LTD CL A | A | Dividend | J | T | Buy | 12/17/20 | J | | |
| 967. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 968. Fedex Corp | A | Dividend | J | T | Buy (add'l) | 11/16/20 | J | | |
| 969. Fidelity Natl Information SE | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 970.  Fiserv Inc Wisconsin | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 971. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 972. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 973. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 974.  Genl Dynamics Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 975. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 976. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 977.  Global Payment Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 978. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 979. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 980.  Godaddy Inc | A | Dividend | J | T | Buy | 12/04/20 | J | | |
| 981.  Guardant Health Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 982.  HCA Healthcare Inc | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 983.  Healthcare Realty Trust Incorp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 984. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 985. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 986. | | | | | Buy<br>(add'l) | 08/18/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 987. | | | | | Buy<br>(add'l) | 08/19/20 | J | | |
| 988. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 989. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 990. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 991. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 992. ICU Medical Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 993. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 994. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 995. Idacorp Inc | A | Dividend | J | T | Buy | 10/06/20 | J | | |
| 996. Intuitive Surgical Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 997. Johnson Ctls Intl PLC | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 998. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 999. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 1000. JP Morgan Chase & Co | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 1001. | | | | | Buy<br>(add'l) | 06/02/20 | J | | |
| 1002. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 1003. Kering S A ADR New | A | Dividend | J | T | Buy | 06/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1004. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 1005. | | | | | Buy<br>(add'l) | 09/18/20 | J | | |
| 1006. Kimberly Clark Corp | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 1007. Lam Research Corporation | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1008. Lennar Corporation | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1009. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 1010. Liberty Global PLC CL A | A | Dividend | J | T | Buy | 06/09/20 | J | | |
| 1011. Lowes Companies | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 1012. LVMH Moet Hennessy Louis Vuitt | A | Dividend | J | T | Buy | 09/14/20 | J | | |
| 1013. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 1014. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 1015. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 1016. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 1017. Markel Corp (Holding Co) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1018. Marketaxess Holdings Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1019. Martin Marietta Materials | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1020. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1021. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 1022. | | | | | Buy<br>(add'l) | 09/18/20 | J | | |
| 1023. Match Group Inc | A | Dividend | J | T | Buy | 07/07/20 | J | | |
| 1024. | | | | | Buy<br>(add'l) | 07/13/20 | J | | |
| 1025. | | | | | Buy<br>(add'l) | 07/14/20 | J | | |
| 1026. | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 1027. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 1028. | | | | | Buy<br>(add'l) | 11/16/20 | J | | |
| 1029. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 1030. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 1031. Mckesson Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1032. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 1033. Medtronic PLC Shs | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1034. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 1035. Mercadolibre Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1036. Metlife Incorporated | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1037. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1038. Metlife Inc 4.75% F | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1039. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 1040. Metlife Inc 5.62% | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1041. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 1042. Michelin Compagnie | A | Dividend | J | T | Buy | 11/03/20 | J | | |
| 1043. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 1044. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 1045. | | | | | Buy<br>(add'l) | 11/06/20 | J | | |
| 1046. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 1047. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 1048. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 1049. | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 1050. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 1051. | | | | | Buy<br>(add'l) | 11/16/20 | J | | |
| 1052. | | | | | Buy<br>(add'l) | 11/17/20 | J | | |
| 1053. Microchip Techology Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1054. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1055. Middlesex Water Co | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1056. Mission Produce Inc | A | Dividend | J | T | Buy | 10/01/20 | J | | |
| 1057. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1058. | | | | | Buy (add'l) | 12/10/20 | J | | |
| 1059. Mitsubishi UFJ Fincl Grp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1060. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 1061. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 1062. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 1063. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 1064. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 1065. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 1066. Moderna Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1067. Monster Beverage Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1068. Morgan Stanley | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1069. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 1070. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 1071. | | | | | Buy (add'l) | 12/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1072. MSCI Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1073. MTS Systems Corp | A | Dividend | J | T | Buy | 12/10/20 | J | | |
| 1074. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 1075. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 1076. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 1077. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 1078. Nestle Spon ADR | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1079. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 1080. Norfolk Southern Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1081. Northrop Grumman CP | A | Dividend | J | T | Buy | 12/28/20 | J | | |
| 1082. Novartis AG | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1083. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 1084. O'Reilly Automotive Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1085. Parker Hannifin Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1086. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 1087. Peloton Interactive Inc | A | Dividend | J | T | Buy | 09/17/20 | J | | |
| 1088. | | | | | Buy (add'l) | 09/18/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1089. Pinterest Inc | A | Dividend | J | T | Buy | 11/11/20 | J | | |
| 1090. Pioneer Natural Resources Co | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1091. PNC Finl Svcs | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1092. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 1093. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 1094. Procter & Gamble | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 1095. | | | | | Buy<br>(add'l) | 08/11/20 | J | | |
| 1096. RPM Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1097. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 1098. S&P Global Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1099. Safran | A | Dividend | J | T | Buy | 11/17/20 | J | | |
| 1100. | | | | | Buy<br>(add'l) | 11/18/20 | J | | |
| 1101. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 1102. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 1103. | | | | | Buy<br>(add'l) | 12/28/20 | J | | |
| 1104. Sanderson Farms | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1105. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1106. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 1107. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 1108. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 1109. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 1110. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 1111. Seattle Genetics Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1112. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 1113. Shopify Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1114. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 1115. SJW Group | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1116. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 1117. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 1118. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 1119. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 1120. Smith & Nephew PLC | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 1121. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 1122. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1123. | | | | | Buy<br>(add'l) | 09/22/20 | J | | |
| 1124. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 1125. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 1126. Snap Inc | A | Dividend | J | T | Buy | 07/08/20 | J | | |
| 1127. | | | | | Buy<br>(add'l) | 07/17/20 | J | | |
| 1128. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 1129. | | | | | Buy<br>(add'l) | 11/06/20 | J | | |
| 1130. Sony Corp | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 1131. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 1132. Spotify Technology | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1133. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 1134. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 1135. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 1136. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 1137. Square Inc | A | Dividend | J | T | Buy | 09/17/20 | J | | |
| 1138. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 1139. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 1141. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 1142. | | | | | Buy (add'l) | 11/17/20 | J | | |
| 1143. | | | | | Buy | 12/24/20 | J | | |
| 1144. SS&C Technologies Hldgs Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1145. Steris PLC | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1146. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 1147. Sun Communities Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1148. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 1149. Synopsys Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1150. Taiwan Smcndctr MFG Co | A | Dividend | J | T | Buy | 11/25/20 | J | | |
| 1151. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 1152. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 1153. Target Corp | A | Dividend | J | T | Buy | 12/31/20 | J | | |
| 1154. TD Ameritrade Holding Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1155. Teladoc Health Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1156. | | | | | Buy (add'l) | 07/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. Texas Instruments | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1158. The Boston Beer Co Inc | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 1159. The Technology Sel Sec SPDR | A | Dividend | | | Buy | 05/29/20 | J | | |
| 1160. | | | | | Sold | 06/17/20 | K | | |
| 1161. Townebank VA | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1162. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 1163. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 1164. Trade Desk Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1165. Transunion | A | Dividend | J | T | Buy | 11/25/20 | J | | |
| 1166. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 1167. Tyson Foods Inc | A | Dividend | J | T | Buy | 07/01/20 | J | | |
| 1168. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 1169. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 1170. UMB Financial Corp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1171. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 1172. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 1173. Universal Health Services | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1174. US Bancorp | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1175. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 1176. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 1177. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 1178. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 1179. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 1180. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 1181. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 1182. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 1183. US Bancorp PFD B | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1184. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 1185. | | | | | Buy<br>(add'l) | 07/17/20 | J | | |
| 1186. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 1187. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 1188. US Bancorp 6.5% FLTS 1/15/22 | A | Interest | J | T | Buy | 06/26/20 | J | | |
| 1189. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 1190. Valley Natl Bancorp | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 1192. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 1193. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 1194. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 1195. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 1196. Varian Medical Sys Inc | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1197. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 1198. | | | | | Buy (add'l) | 11/06/20 | J | | |
| 1199. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 1200. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 1201. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 1202. Wayfair Inc | A | Dividend | J | T | Buy | 07/09/20 | J | | |
| 1203. White Mountain GRP Bermuda | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 1204. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 1205. Workday Inc | A | Dividend | J | T | Buy | 09/25/20 | J | | |
| 1206. Zillow Group | A | Dividend | J | T | Buy | 09/17/20 | J | | |
| 1207. | | | | | Buy (add'l) | 10/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Berman, Richard M.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1208. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 1209. | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 1210. Zynga Inc | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 1211. | | | | | | | | | |
| 1212. | | | | | | | | | |
| 1213. | | | | | | | | | |
| 1214. | | | | | | | | | |
| 1215. | | | | | | | | | |
| 1216. | | | | | | | | | |
| 1217. | | | | | | | | | |
| 1218. | | | | | | | | | |
| 1219. | | | | | | | | | |
| 1220. | | | | | | | | | |
| 1221. | | | | | | | | | |
| 1222. | | | | | | | | | |
| 1223. | | | | | | | | | |
| 1224. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1225. | | | | | | | | | |
| 1226. | | | | | | | | | |
| 1227. | | | | | | | | | |
| 1228. | | | | | | | | | |
| 1229. | | | | | | | | | |
| 1230. | | | | | | | | | |
| 1231. | | | | | | | | | |
| 1232. | | | | | | | | | |
| 1233. | | | | | | | | | |
| 1234. | | | | | | | | | |
| 1235. | | | | | | | | | |
| 1236. | | | | | | | | | |
| 1237. | | | | | | | | | |
| 1238. | | | | | | | | | |
| 1239. | | | | | | | | | |
| 1240. | | | | | | | | | |
| 1241. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1242. | | | | | | | | | |
| 1243. | | | | | | | | | |
| 1244. | | | | | | | | | |
| 1245. | | | | | | | | | |
| 1246. | | | | | | | | | |
| 1247. | | | | | | | | | |
| 1248. | | | | | | | | | |
| 1249. | | | | | | | | | |
| 1250. | | | | | | | | | |
| 1251. | | | | | | | | | |
| 1252. | | | | | | | | | |
| 1253. | | | | | | | | | |
| 1254. | | | | | | | | | |
| 1255. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Original report did not include information on Triborough Bridge Ref B 11/15/2025. It has been added to Line 87.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard M. Berman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544